United States District Court
Southern District of Texas
**ENTERED**
June 22, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| NORMA LINDA SANCHEZ, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> WAL-MART STORES TEXAS, LLC, § <br>     Defendant. § | Civil Action No. 1:19-cv-00101 |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Before the Court is the parties' "Joint Stipulation of Dismissal" (Docket No. 13). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Norma Linda Sanchez's claims against Wal-Mart Stores Texas, LLC are **DISMISSED WITH PREJUDICE**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on this **22nd** day of **June**, 2020.

_____
Rolando Olvera
United States District Judge